UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Stephen S. Gray,

                    Plaintiff,              23 CV 00498 (KMK)

-v-                                        CALENDAR NOTICE

The Williamsburg Hotel BK, LLC,

                    Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for oral argument on Defendant's Motion to Withdraw the Bankruptcy Reference before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, May 17, 2023 at 2:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign (#). Given that much of the Court is operating remotely and has limited mail capability, counsel involved in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the above teleconference information. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: April 14, 2023
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J